# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>ENERGY CONVERSION DEVICES, INC.<br><br><br>ENERGY CONVERSION DEVICES LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>OVONYX, INC., TYLER LOWREY, MICRON TECHNOLOGY, INC., OVONYX MEMORY TECHNOLOGY, LLC, AND INTEL CORPORATION<br><br>Defendants. | Chapter 11<br><br>Case No. 12-43166-TJT<br><br>(Jointly Administered)<br><br><br>Adversary No.: **18-04320** |

## CERTIFICATE OF SERVICE

I, JOSEPH R. SGROI, hereby certify that Defendant Ovonyx, Inc. has been served with the summons and complaint in this action as of August 1, 2018 when its counsel agreed to accept service on its behalf (Exhibit 1).

Dated: August 1, 2018

                                      By:    /s/ Eric D. Winston
                                                  Eric D. Winston, Esq. (admitted *pro hac*)
                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                    865 S. Figueroa Street 10th Floor
                                                    Los Angeles, CA 90017
                                                    Telephone: (213) 443-3000
                                                    Facsimile: (213) 443-3100
                                                    Email: ericwinston@quinnemanuel.com

                                                    -and-

                                      By:    /s/ Joseph R. Sgroi
                                                   Joseph R. Sgroi (P68666)

E. Todd Sable (P54956)
Robert M. Riley (P72290)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Email: jsgroi@honigman.com
      tsable@honigman.com
      rriley@honigman.com

*Attorneys for Plaintiff Energy Conversion Devices Liquidation Trust*

# **EXHIBIT 1**

**Sgroi, Joseph R.**

| | |
|---|---|
| **From:** | Tait, Emily J. <etait@jonesday.com> |
| **Sent:** | Monday, July 16, 2018 9:40 AM |
| **To:** | ericwinston@quinnemanuel.com; Garr, Jason M.; Sgroi, Joseph R.; Sable, E. Todd |
| **Cc:** | Hoffmann, Timothy W. |
| **Subject:** | RE: ECD Trust v. Ovonyx, et al., Case No. 18-ap-4320: Unredacted Version of Complaint |

Eric,
We can accept service.
Thanks,
Emily

**From:** Eric Winston <ericwinston@quinnemanuel.com>
**Sent:** Friday, July 13, 2018 1:58 PM
**To:** Garr, Jason M. <jgarr@jonesday.com>; JSgroi@honigman.com; TSable@honigman.com
**Cc:** Tait, Emily J. <etait@jonesday.com>; Hoffmann, Timothy W. <thoffmann@JonesDay.com>
**Subject:** Re: ECD Trust v. Ovonyx, et al., Case No. 18-ap-4320: Unredacted Version of Complaint

Jason,

Please see the attached unredacted complaint and the summons.

Will your firm accept service of the summons and complaint on behalf of Micron and Ovonyx?

Please let us know as soon as reasonably possible.

Best,

Eric

**From:** Garr, Jason M. <jgarr@jonesday.com>
**Sent:** Friday, July 13, 2018 7:32 AM
**To:** Eric Winston; JSgroi@honigman.com; TSable@honigman.com; rriley@honigman.com
**Cc:** Tait, Emily J.; Hoffmann, Timothy W.
**Subject:** ECD Trust v. Ovonyx, et al., Case No. 18-ap-4320: Unredacted Version of Complaint

Counsel,

The complaint filed yesterday contains substantial redactions.  Please email us an un-redacted copy today.

Regards,

Jason M. Garr (bio)
**JONES DAY® - One Firm Worldwide**℠
150 W. Jefferson Street
Suite 2100
Detroit, Michigan 48226-4438
Ph: +1.313.230.7912

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***