UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>ENERGY CONVERSION DEVICES, INC.<br><br>ENERGY CONVERSION DEVICES LIQUIDATION TRUST,<br>               Plaintiff,<br>-against-<br>OVONYX, INC., TYLER LOWREY, MICRON TECHNOLOGY, INC., OVONYX MEMORY TECHNOLOGY, LLC, AND INTEL CORPORATION<br>               Defendants. | Chapter 11<br><br>Case No. 12-43166-TJT<br><br>(Jointly Administered)<br><br>Adversary No.: **18-04320**<br><br>Judge Thomas J. Tucker |

**ORDER ADJOURNING FINAL PRETRIAL CONFERENCE AND TRIAL**

On the motion filed by the Defendants (Docket # 836), and for cause, the Court now enters this Order.

IT IS ORDERED that:

1. The final pretrial conference, currently scheduled for October 7, 2024 at 10:00 a.m., is adjourned to **December 9, 2024 at 10:00 a.m.**

2. The final pretrial conference will be held by telephone. At least five minutes before the scheduled time for the conference, counsel, and any party or other person wishing to attend the final pretrial conference, should call (202) 503-1666 and use Conference ID 654 240 580#.

3. Unless the district court withdraws the reference, the trial of this adversary proceeding will be held in this Court. Unlike the final pretrial conference, the trial will be held in person, in Courtroom 1925, 211 W. Fort Street, Detroit, Michigan,

rather than remotely. Such trial, currently scheduled for October 22, 2024 at 9:00 a.m. as a control date, is adjourned to **January 14, 2025 at 9:00 a.m. However, the parties should view this as a control date only. A new, firm trial date will be scheduled by a future order.**

**Signed on September 23, 2024**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**